**Form RAB18** (Official Form 18)(10/05)

# United States Bankruptcy Court

## District of Utah
### Case No. <u>08–24203</u>
### Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donald J. Penrod
   aka Don Penrod, aka Donald Penrod
   6045 South Ridgeline Drive Apt G108
   South Ogden, UT 84405–7041

Social Security No.:
   xxx–xx–8233

Employer's Tax I.D. No.:


Petition date: 6/30/08


## DISCHARGE OF DEBTOR


It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).



BY THE COURT


Dated: <u>10/16/08</u>                         <u>Glen E. Clark</u>
                                         United States Bankruptcy Judge



### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

FORM RAB18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [*In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: gci               Page 1 of 2          Date Rcvd: Oct 16, 2008
Case: 08-24203               Form ID: rab18           Total Served: 46
```

The following entities were served by first class mail on Oct 18, 2008.
```
db              Donald J. Penrod,    6045 South Ridgeline Drive Apt G108,    South Ogden, UT  84405-7041
aty             Suzanne Marychild,    110 North 100 East,    P.O. Box 543,    Logan, UT  84323-0543
tr             +Steven R. Bailey tr,    2454 Washington Blvd.,    Ogden, UT 84401-2312
6071607        +Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7684
6071608        +Amsher Collection Services, Inc,    600 Beacon Pkwy W Ste 300,    Birmingham, AL 35209-3114
6071609        +Bennett, DeLoney & Noyes, P.C.?U,    1265 East Fort Union Blvd., Suite 150,
                Cottonwood Heights, UT 84047-1862
6071611         Brigham City Corporation,    PO Box 1005,    Brigham City, UT 84302-1005
6071616       ++CLEAR CHECK PAYMENT SOLUTIONS LLC,    135 INTERSTATE BOULEVARD,    GREENVILLE SC 29615-5720
               (address filed with court:  Clear Check Payment Solutions,    135 Interstate Blvd.,
                Greenville, SC 29615)
6071617       ++CLEAR CHECK PAYMENT SOLUTIONS LLC,    135 INTERSTATE BOULEVARD,    GREENVILLE SC 29615-5720
               (address filed with court:  Clear Check Payment Solutions,    P.O. Box 27087.,
                Greenville, SC 29616-2087)
6071612        +Capital Management Services,    726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
6071613        +Certegy Payment Recovery Services,    11601 Roosevelt Blvd.,    St. Petersburg, FL 33716-2202
6071615         Chek Line, Inc.,    2070 Harrison Blvd,    Ogden, UT 84401-0739
6071618         Countrywide Home Loans,    PO Box 650070,    Dallas, TX 75265-0070
6071619         Creditors Financial Group,    PO Box 440290,    Aurora, CO 80044-0290
6071620        +E R Solutions, Inc,    800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
6071621         Encore,    400 North Roger Road,    PO Box 3330,    Olathe, KS 66063-3330
6071622        +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
                Houston, TX 77081-1108
6071624         GEMB /MERVYNS,    PO Box 981400,    El Paso, TX 79998-1400
6071625        +Great Plains Specialty Finance Inc,    DBA Check N Go,    210 East 12th Street,
                Ogden, UT 84404-5604
6071626         Home Depot,    Citi Cards,    PO Box 689106,    Des Moines, IA 50368-9106
6071627        +Howard Dames, DDA,    104 W 200 S,    Brigham City, UT 84302-2506
6071628        +John W. Arrington,    Associated Psychoterapists,    120 N Main St.,    Brigham City, UT 84302-2118
6071629        +John W. Arrington LMFT,    120 North Main Street,    Brigham City, UT 84302-2118
6071630        +Kirk Cullimore,    Attorney At Law,    PO Box 65655,    Salt Lake City, UT 84165-0655
6071631        +Knight Adjustment Bureau,    404 East 4500 South #A-34,    Salt Lake City, UT 84107-2710
6071632         Law Office Of Matheson, Mortensen,,    Olsen & Jeppson,    648 E 100 S,
                Salt Lake City, UT 84102-1584
6071633         Linda Penrod,    6045 S Ridgeline Dr,    South Ogden, UT 84405-6978
6071638        +MRS Associates, Inc.,    3 Executive Campus, Suite 400,    Cherry Hill, NJ 08002-4114
6071635        +Money 4 You,    4811 Harrison Blvd. #D,    Ogden, UT 84403-4476
6071636         Monogram Bank N America,    PO Box 17054,    Wilmington, DE 19884-0001
6071637         Mountain America Credit Union,    PO Box 1005,    West Jordan, UT 84084
6071639         NCO Financial Services,    PO Box 15740,    Wilmington, DE 19850-5740
6071640        +Omnium Worldwide, Inc,    7171 Mercy Road,    Omaha, NE 68106-2620
6071641        +PDQ Check Exchange,    Money 4 You,    739 Washington Blvd.,    Ogden, UT 84404-4953
6071643         RC Willey Home Furnishings,    2301 S 300 W,    Salt Lake City, UT 84115-2516
6071644        +Rent-a-Center,    DBA The Cash Advantedge Store,    3689 Washington Blvd,    Ogden, UT 84403-1737
6071645         Steve Johnson,    Remax Associated Realtors,    3354 Harrison Blvd,    Ogden, UT 84403-1296
6071646         T-Mobile,    PO Box 660252,    Dallas, TX 75266-0252
6071648         TRS Recovery Services,    PO Box 60022,    City Of Industry, CA 91716-0022
6071649        +TRS Recovery Services, Inc.,    5251 Westheimer,    Houston, TX 77056-5412
6071647         The Falls At Canyon Rim,    6045 S Ridgeline Dr,    South Ogden, UT 84405-6978
6071650       ++ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
                SALT LAKE CITY UT 84130-0709
               (address filed with court:  Zions Bank,    Credit Management Department,    PO Box 30709,
                Salt Lake City, UT 84130-0709)
```

The following entities were served by electronic transmission on Oct 17, 2008.
```
6071614         EDI: CHASE.COM Oct 17 2008 00:33:00     Chase,    PO Box 52195,    Phoenix, AZ 85072-2195
6071623         EDI: RMSC.COM Oct 17 2008 00:33:00     GE Money Bank,    PO Box 960013,    Orlando, FL 32896-0013
6071634         EDI: BANKAMER.COM Oct 17 2008 00:33:00     MBNA America,    PO Box 15026,
                Wilmington, DE 19850-5026
6071642         E-mail/Text: bklaw@qwest.com                     Qwest Wireless,    PO Box 29039,
                Phoenix, AZ 85038-9039
                                                                                      TOTAL: 4
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6071610         Bonneville Collections,    2627 Washington Blvd,    RETURNED MAIL--99999
                                                                                 TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 1088-2        User: gci           Page 2 of 2          Date Rcvd: Oct 16, 2008
Case: 08-24203             Form ID: rab18       Total Served: 46

                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2008**                    **Signature:**